UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASDRUBAL RAFAEL ROJAS CAGUANA,

        Petitioner,

v.                                                           Case No. 3:26-cv-1062-JEP-PDB

WARDEN, BAKER CORRECTIONAL
INSTITUTION et al.,

        Respondents.
_____

## **ORDER**

By **May 29, 2026**, the petitioner must either pay the $5.00 filing fee or complete and file an application to proceed in forma pauperis.

The court directs the **clerk** to provide the petitioner a blank application to proceed in forma pauperis (FLMD form).

**Ordered** in Jacksonville, Florida, on May 4, 2026.

*Patricia D. Barksdale*

Patricia D. Barksdale
*United States Magistrate Judge*

caw 5/1

c:    Asdrubal Rafael Rojas Caguana, #A249182283